UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 1:22-CR-00297-5-JLT |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| vs. ) | |
| RICARDO RIVAS ARREDONDO, ) | |
| Defendant. ) | |

The Defendant has satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Clemente Jimenez is appointed to represent the above defendant in this case effective *nunc pro tunc* to October 30, 2024. This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is

IT IS SO ORDERED.

Dated:   **October 31, 2024**

_____
UNITED STATES DISTRICT JUDGE