CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for RICARDO RIVAS ARREDONDO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICARDO RIVAS ARREDONDO,<br><br>Defendant. | Case No.: 1:22-cr-00297 JLT-BAM<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE<br><br>DATE:   November 12, 2024<br>TIME:   2:00 p.m.<br>JUDGE:  Hon. Sheila K. Oberto |

      IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Antonio Pataca, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Ricardo Rivas Arredondo, that the status conference regarding appointment of new counsel, currently scheduled for November 12, 2024, at 2:00 p.m., before Magistrate Judge Sheila K. Oberto, be vacated, and the matter continued to Magistrate Judge Stanley A. Boone's criminal calendar on January 24, 2025, at 2:00 p.m., for further status conference.  Judge Oberto has previously recused herself from this case.  Defense counsel was appointed to represent Mr. Arredondo, nunc pro tunc, to October 30, 2024, and is arranging to obtain discovery.  Defense counsel will require time to review discovery, conduct investigation, and confer with Mr. Arredondo in order to prepare for trial.  *This stipulation relates only to Mr. Arredondo.*

11/07/24

Time has previously been excluded through the currently set trial date of June 17, 2025.

DATED: November 6, 2024   /S/   Antonio Pataca
Phillip Talbert
by ANTONIO PATACA
Attorney for Plaintiff

DATED: November 6, 2024   /S/   Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Ricardo Rivas Arredondo

## ORDER

IT IS SO ORDERED, that the status hearing re appointment of new counsel in the above-entitled matter, scheduled for November 12, 2024, at 2:00 p.m., before Magistrate Judge Oberto be vacated and the matter continued for further status conference on **January 24, 2025, at 2:00 p.m., before Magistrate Judge Boone**.

IT IS SO ORDERED.

Dated: **November 7, 2024**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

11/07/24